UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

RAHMAN SHABAZZ,

Defendant.

**ORDER**

22 Cr. 286 (PGG)
22 Cr. 292 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated on the record today, the violation of supervised release proceeding as to

Defendant Rahman Shabazz will continue on **September 15, 2022 at 2:30 p.m.**

Dated:  New York, New York
        July 15, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge