

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2022

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Rahman Shabazz*, 22 Cr. 286 (PGG)

Dear Judge Gardephe:

The Government writes to request an adjournment of the status conference scheduled for September 15, 2022 at 2:30 p.m. in the above-referenced supervised release matter. Defense counsel consents to this request. There have been no prior requests for adjournment of this status conference.

Mr. Shabazz has a state court appearance on September 26, 2022 on charges that form the basis of the specifications in this case. The Government respectfully requests that the status conference in this case be adjourned for 60 days, at which point the parties will have more insight into where the state case is headed and can more meaningfully discuss a resolution of the specifications.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Madison Reddick Smyser
Assistant United States Attorney
Southern District of New York
(212) 637-2381

**Memo Endorsed:** The conference scheduled for September 15, 2022 is adjourned to **November 17, 2022 at 3:00 p.m.**
Dated: September 15, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge